1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7

8   JOSE WALTER FUNES MENJIVAR,

9                   Plaintiff,

CASE NO. **2:24-cv-01422-JNW**

10        v.

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

11   UR MENDOZA JADDOU, et al.,

12                   Defendants.

13       Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiff

14   may proceed without prepayment of costs or fees or the necessity of giving security therefore.

15       The Clerk is directed to send a copy of this Order to plaintiff.

16       DATED this 13th day of September, 2024.

17
18

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

19
20
21
22
23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1